CHARLES R. YAHN, Respondent, *v.* MINNIE A. YAHN, Appellant.

(Argued January 10, 1929; decided February 13, 1929.)

*Vincent J. Loughlin* for appellant.
*Valentine E. O'Grady* for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, LEHMAN and O'BRIEN, JJ. Dissent: CRANE and KELLOGG, JJ. Not sitting: HUBBS, J.